## CERTIFICATE OF SERVICE

I, __FARSHID FADAKAR__, certify that I am, and at all times during the service of process was, not less than
(name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __June 8, 2010__ by: __At 2:35 pm__
(date)

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


__X__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
ONE WEST BANK,   Authorized Agent Pat Player
888 EAST WALNUT ST
PASADENA, CA 91101

___ Residence Service: By leaving the process with the following adult at:


___ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


___ Publication: The defendant was served as follows: [Describe briefly]


State Law: The defendant was served pursuant to the laws of the State of __California__,
as follows: [Describe briefly]   __Served to: Pat Player__
(name of state)
__Specialist 3__
__Legal Department   One West Bank__

Under penalty of perjury, I declare that the foregoing is true and correct.

__6-8-10__                                    __[signature]__
Date                                            Signature

Print Name
__FARSHID FADAKAR__
Business Address
__PO Box 11105__
City                        State                Zip
__San Bernardino,    CA        92423__

[ver. 05/02]